so we'll move on to our second case this morning which is Zapata v. the Attorney General so Mr. Dominguez yes good morning Your Honors Anthony Richard Dominguez on behalf of petitioner Juan Hincapié Zapata may it please the court. The word material in the material support bar should be meaning important or significant. Merriam-Webster's dictionary defines material as quote having real importance or great consequence and the Oxford Dictionary defines it as quote of serious or substantial import. What are we what are we to make up the word including? I thought I thought the for if material support includes funds funds would be an example of material support. We certainly have the provision of funds here right it does that not mean that funds are material support? No Your Honor it does not mean that funds are per se material support. Why not? This court's decision in Collins instructs us as to how we should view the illustrative list specifically the court should adopt the court should adopt Collins a narrowing construction of the illustrative terms which here the illustrative terms are the examples which Congress gave which funds communications and other material financial benefits. However the court should view those terms narrowly to fit within the illustrated term which is here material support and specifically why wouldn't we just why wouldn't we just give it its fair meaning? Why would we give it a narrow or a liberal reading? Why wouldn't we just read funds as an that's because the word material has to apply to every example which Congress gave in the illustrative. That's true but if they offer funds as an example of material support doesn't that tell us that that material support necessarily includes funds? No Your Honor. But what's your best case for why that's not true? I would say that this court's decision in Collins instructs us that we must read the illustrative list in a different way and while the word material the definition of material can change depending on the context it always has the effect of raising the threshold of the word that it modifies. Here material modifies the word support in that the illustrative list in the examples of support which can be given to the terrorist organization are examples of support but they must be important or significant to the organization in order to rise to the level. So would you agree with me that if you provided a terrorist organization a safe house that that would be material support right? I would believe that Congress gave an example a safe house can be material support. No it says including a safe house. It doesn't say sometimes a safe house or some safe houses it says a safe house is material support doesn't it? Yes Your Honor but I believe this court's decision in Collins instructs us that we should read the illustrative list. So we're supposed to read the word material into safe house? So a material safe house? A safe house could be material if it is important or substantial. What do you want us to say in the opinion council? What do you want us to write if we agree with you? Can you give us the language we would put in the opinion? Yes Your Honor this court should remand the case. No no no what do we say in the opinion to agree with your proposition here? How do we express it? What do we say? Well we would urge the court to adopt the plain and ordinary meaning of material. Give us the that none of the examples given are per se material support. What's the point of it then? What's the point of the examples? To give examples of things that can can be material support if they are qualified and rise to the level of materiality. If I may Your Honor. And it doesn't say that. If I may Your Honor illustrate an example here. Additionally in the list there is the term other material financial benefit. Here yeah this this really works against you it seems to me. So it says transfer all funds or other material financial benefit which which appears to me to assume that funds are material support. Just just as my reading of including funds would as an example of material support would mean the same thing. I would respectfully disagree Your Honor because of the following example. The statute says that a financial benefit something intangible let's say stock or something that there's other material financial benefit. That means there's such a thing as an immaterial financial benefit. It would be Congress could not have tended that an immaterial financial benefit when converted into a tangible cash or something's funds automatically becomes material support just because it is converted from. Why does it say in a material amount of funds or substantial funds. I mean it says funds as an as an illustrative example and then in the example you're talking about with transfer it says transfer of funds or other material financial benefit right. Yes so so in fact the only way I think the English language works and the way language works is to is to read that as meaning that a transfer of funds is a material financial benefit. What what's the point of the word other? I believe that Congress was attempting to reemphasize the fact that a transfer another material financial benefit needed to have a great importance for the organization. Had Congress intended that all funds be per se material they could have just as easily included the word any funds as they did in the criminal statute which was has been referenced in the brief. There Congress in the criminal statute they described they defined material support as any property tangible or intangible or service including currency or find other financial services. Here Congress specifically did not include the term any funds where they if they had intended funds to be per se material support they could have easily constructed the statute in a way including the term any there. Additionally your honor again I would refer back to the the illustrative list that if Congress had intended that any of the examples to per se be material support the word material would effectively be excluded from the statute because that would mean if any example of the support needed to had to be material simply that would violate the rule against avoiding surplus it your honor that would essentially make material surplus age in the statute. I would also like to I don't understand that I don't understand how reading the list that follows the word including renders the word material surplus it would seem to me that if those are examples of material support it doesn't read the word material out of the would constitute material support. I can put it another way your honor I don't think it would be an absurd result if let's say under the list any communication to a terrorist organization was classified as material support and we must know that the word material needs to apply equally to every example. So if there's a basic just speaking to someone who is in a terrorist organization constitutes is an example that would not rise to the level of materiality the court should not adopt the per se rule which finds which would apply material in in a different ways throughout every example of the statute listed. Additionally this in the same goes for what about weapons what about weapons? Well weapons are an example of of support I and and they can in fact we have to do we have to we have to evaluate whether the weapons are material or not. I think so your honor based on the way that Congress has exposes some explosives would be okay but others explosives we're not. Well your honor while explosives might not be the best example I do think my point is is is demonstrated by the idea that not all communications would be material support. In fact the BIA in ACM actually gives the example that expressing mere general support under one definition they proffer that the support must be something normally tangible in nature that expression of a mere general support let's say standing on a street corner would not constitute material support however under the second definition that that they give that material support is an act that logically and reasonably has a foreseeable tendency to promote sustain or maintain the organization even if only to a de minimis degree under that inconsistent definition that they a terrorist or a material support which that's the exact example that they gave which would be excluded from the definition of material support earlier in the the decision under their first definition. So while we we proffer we believe that there is a plain and ordinary meaning of material here here which needs to be applied equally throughout to every example in the statute and that plain and ordinary meaning is important or significant should the court disagree and find that the term material support is ambiguous the internal inconsistencies within matter of ACM demonstrate. Mr. Dominguez your time has expired you've saved two minutes for rebuttal. Ms. Hennis you're on mute I can't hear you. Thank you your honor may it please the court Stephanie Hennis for respondent. Petitioner in this case admits that he provided the men that he knew were members of a tier one terrorist organization that provision of funds constitute material support and renders him ineligible for adjustment of status. That is true whether the court undertakes a plain meaning analysis of the statute or whether the court defers to the board's word including is all it is introducing illustrative examples but you still have to have a materiality qualification for everything in that list or any conversation with a terrorist would constitute material support. What do you he seizes on the word communications which is I think his point is that could be just any kind of innocuous conversation what do you say about that Ms. Hennis? Well in particular under the board's interpretation of the statute that would not qualify because what you would need to have is a communication that logically and reasonably has a foreseeable tendency to promote sustain or maintain the terrorist organization so an innocuous communication with a terrorist organization would not meet that threshold. I would also point out that in the Ninth Circuit's decision in Ryamaji it talked about it and it both found the that the plain meaning of the statute did not require any type of quantitative analysis and a deferred to the board's decision but in meetings determination about a meeting it focused on the fact that fun it particularly focused on funds and how the while perhaps there could be questions about other types of material support they focused on that other material financial benefit provision focused on how funds were not qualified in any way in the statute and this will build upon prior case law from several circuits in the to an organization. A terrorist organization once it has money can use that to increase its criminal activities to purchase weapons to engage in illicit activities against our government or others in their country so I I would point to that your honors. I would like to to talk a little bit though about the plain meaning analysis that the again the in the wake of matter of ACM the court that has addressed this is the Ninth Circuit and they also used a plain meaning analysis and came to the conclusion that the engage where engage in terrorist activities means to commit an act that affords material support and then goes on to provide a list of activities that constitute material support. There's no limiting language there there's no minimum threshold that someone needs to surpass and the notion of having a minimum threshold particularly in the context of funds doesn't make much sense from a national security standpoint because again money is money and whether a terrorist organization is able to amass the funds it needs to carry out its activities either through one large contributor or through multiple smaller contributors the fact remains that that's the type of activity that we don't want people to be the other the other aspect of that just to address the you know there's language in there that that lays out funds as an example of material support and then also also talks about a transfer of funds or other material financial benefit. Ms. Hennis I'm curious about that so do you read that as the word transfer applying to both funds and transfer of other material financial benefit or do you read transfer of funds as an example of material support and then other material benefit without without reference to transfer as an example or do you read transfer as applying to both funds? I don't read transfer of funds I don't read transfer of funds or other material financial benefit as functioning together they're two two separate concepts and I think it gets at overarching when you look then later in the same section where it says deep would you read false the documentation or identification the word false applies to both does it not? I I'm sorry your honor I I was referring to the fact that that congregate out transfer of funds and then was building on that and within that was saying or other material financial benefit. I know as a way you read that if you read that that part of the of the statute you wouldn't wouldn't you read it the same way you read the later in the list of examples and that is that the word false applies to both the documentation and the identification. Yeah okay yes your honor so I think maybe I wasn't relaying our position so well so the this is referring to transfer of funds or some other type of aerial financial benefit so there's a transfer of funds or some other yeah so a transfer of another financial benefit right? Yes yes yes your honor yes your honor a transfer of some other material financial benefit and I think the use of material there really works in concert with the board's understanding of material support. This is these are all classes of different ways of providing material support and that's a that simply shows that Congress had a broad understanding of the types of transfers that could be used and wanted to include language that would allow for transfers of funds or transfers of other material benefit that would all constitute material support. So not only would for example the provision that answer your question your honor? I think so can you hear me? Yes sorry my there's a little bit of a computer. Yes it may be just our distance so so it's now I forgotten my question so yeah I think you did answer it. So I was talking about how material support has is a is a broad concept and this court and other courts have already acknowledged that this court has already done so in Alturo. I would also point out that the in terms of the board's precedent decision in matter of ACM the the court made a little bit of a policy analysis explaining that courts including this one have rejected the idea that Congress wanted a duress exception to the material support bar and found it odd that Congress would be willing to decline the opportunity. We we've resolved the duress exception issue right? Yes. I mean our president forecloses that right? Yes I so what I was trying to I was I was attempting to use that holding to explain why it makes sense that the board found that there is no requirement that there is no exception for small amounts of funds that would be provided to a terrorist organization. The board explained that whereas in courts like this one where the Congress decided that even people who acted involuntarily or were coerced and acted under duress that those people still committed material support it would be odd to conclude that someone who acts of their own volition would somehow be accepted from the bar simply because the and this concept of what is in a small amount of money also gets at challenging questions about terrorism, how terrorist organizations function, the capacity of the individual who provided the funds in the first place and these are simply not the types of questions that the that Congress wanted the immigration courts and judges to be weighing in on and this is where the importance of the exemptions or the waivers from the material support bar come into play because those decisions are made by the Department of Homeland Security in conjunction with the Secretary of State and the Attorney General all of which have strong understandings of these sorts of national security concerns particularly the Secretary of State and I will note that in this case the petitioner was considered for a waiver and it was denied and there isn't any the petitioner hasn't raised any challenge to that in this petition for I mean if we if we were to agree with you that the word including just introduces illustrative examples and there's no need to read an additional materiality requirement into the statute that funds are an example of material support that's really as simple as the case needs to be right yes your honor and if the court we would argue that the the court could could do that in this case like I said the Ninth Circuit has already done so in lieu of exclusively deferring to the board's decision well wouldn't be a matter of deference I mean it would just be as I understand your argument it would just be the fair reading of the statute we don't get to deference until there's some ambiguity yes your honor I've referenced deference simply because the Ninth Circuit's decision in Riyamaji first concluded that the plain meaning of the statute dictated that funds are always material support but then also provided an alternative even assuming that the statute isn't plain they would still defer to the board's decision so you were correct though a a plain meaning analysis does not require any deference to the agency at all the court would just look at the language of the statute okay anything else if there aren't if there aren't any other questions I would ask that the court deny the petition for review based either on a plain meaning analysis of the statute or by deferring to the board's precedent decision in matter of ACM thank you your honors thank you mr. Dominguez you've saved two minutes I have a question for you before you get started I mean you brought up the surplusage canon if we're to read a materiality element into everything in the illustrative examples then then why use the word material again in other material financial benefit if it's to be read in then to everything in the list then it seems to me your reading leads to surplusage because it means that the word material material should not have appeared again later I believe Congress was re-emphasizing the fact it's just a redundancy I believe it's a redundancy and essentially sloppy drafting your honor no matter what definition this court defines prescribes to material of course we prefer that it should be the plain ordinary and common definition of important there is going to be some surplus age given that in the standard as the concurrence in the Ninth Circuit points out however it makes the most sense when material is ascribed it's plain ordinary and common meaning the most in that meaning is that it must be important or significant support to rise of materiality and we would request that the court adopts a holding in this case ascribing that plain and ordinary meaning of material to material the material support bar in this case I would like to add your honor in that it would simply be unconscionable should the court announce a per se rule that any funds no matter the amount are material support first of all that goes against the way we should Collins instructions how should we describe the amount of funds which would be material in your view with your honor the court need not set that boundary here because the BIA did the funds here are not enough we'd have to suggest what would be enough well the court has suggested in the Alturo decision that about I believe it was $1,200 was sufficient to rise to the level of material support again because the BIA did not find that the hundred dollars of provided in this case was in fact material they simply basically announced the per se rule that no matter how little the funds because the terrorist organization can aggregate those funds that rises to the it rises to the level of material however the Immigration and Nationality Act focus I guess your time is expired so you need to wrap it up okay thank you your honor we would respectfully request that the court remains a case to the BIA to consider consider whether the hundred dollars individually was in fact material support okay thank you